**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHAEL IMEL on Behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:19-cv-00634-TWP-MPB<br>) |
| DC CONSTRUCTION SERVICES, INC., DUSTIN CALHOUN, | )<br>)<br>) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on the Motion to Approve Notice of Collective Action & Opt-In Form (Dkt. 58). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date:  11/2/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas W. Blessing
MASSILLAMANY JETER & CARSON
tom@mjcattorneys.com

Christopher Paul Jeter
MASSILLAMANY & JETER LLP
chris@mjcattorneys.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com