UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL IMEL on Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-00634-TWP-MG ) |
| DC CONSTRUCTION SERVICES, INC., DUSTIN CALHOUN, | ) ) ) |
| Defendants. | ) |

## ORDER DIRECTING PROCEDURAL CLOSURE

On March 2, 2022, a conditional agreement was reached among all class plaintiffs and defendants and the parties were given 60 days after settlement is approved by the Court to file a motion to dismiss, consistent with the agreement of the parties. (*See* Dkt. 153). **The Clerk is directed to procedurally close this case. All deadlines and hearing settings have been vacated, and all pending motions in this matter are terminated without prejudice.** The moving parties are directed to refile motions when appropriate (consistent with the deadlines in Dkt. 153), and upon refiling, the Court will direct the clerk to reopen this matter.

IT IS SO ORDERED.

Date:  3/21/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas W. Blessing
MASSILLAMANY JETER & CARSON
tom@mjcattorneys.com

Christopher Paul Jeter
MASSILLAMANY & JETER LLP
chris@mjcattorneys.com

Ron E. Weldy
WELDY LAW
rweldy@weldylegal.com