IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL IMEL on Behalf of Himself and All Others Similarly Situated, | Collective Action |
| Plaintiffs, | |
| vs. | CAUSE NO. 1:19-cv-634 TWP-MG |
| DC CONSTRUCTION SERVICES, INC. and DUSTIN CALHOUN, | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENTS AND DISMISSAL

This matter is before the Court on the parties' Joint Motion to Plaintiffs' Motion to Approve Settlements and Dismissal. The parties have reached a settlement on Plaintiffs' Fair Labor Standards Act ("FLSA") claims, and pursuant to relevant statute, now ask the Court for judicial approval of these settlements.

**IT IS THEREFORE ORDERED** that the Settlement Agreements submitted by the parties for review are each approved. Per the terms of each Settlement Agreement, Defendants shall make payment.

**IT IS ALSO ORDERED** that this matter is dismissed with prejudice; however either party may reopen this matter in order to enforce the Settlement Agreements.

Date: 10/3/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF